UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENMY JONAS COLMENARES-PINTO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY,<br><br>Respondent. | No. 1:26-cv-00812-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 1, 14) |

Petitioner Henmy Jonas Colmenares-Pinto, A-File No. 290-676-236, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 14.)  Specifically, the assigned magistrate judge found that petitioner is detained pursuant to 8 U.S.C. § 1226(a) and accordingly entitled to a bond hearing under that statutory provision.  (*Id.* at 3–6.)  The magistrate judge further determined that, pursuant to due process requirements, respondent should bear the burden of proof at any bond hearing because petitioner was erroneously detained for four months pursuant to 8 U.S.C. § 1226(c), which does not offer an

1

opportunity for release.  (*Id.* at 6–8.)  On this basis, the magistrate judge recommended that respondent be ordered to provide petitioner with a bond hearing at which respondent would bear the burden of demonstrating that petitioner's detention is warranted based on his risk of flight or danger to the community within seven (7) days.  (*Id.* at 8.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 8–9)

On April 13, 2026, respondent submitted objections in which it objects for the reasons set forth in its previously filed briefing.  (Doc. No. 15.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.

For the reasons explained above:

1. The findings and recommendations issued on April 6, 2026 (Doc. No. 14) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Within seven (7) days of the date of this order, respondent is ORDERED to provide petitioner Henmy Jonas Colmenares-Pinto, A-File No. 290-676-236, with a bond hearing before an immigration judge where respondent will have the burden of establishing that petitioner presents a danger to the community or flight risk justifying petitioner's continued detention by clear and convincing evidence;

3. The Clerk of the Court is directed to serve this order on the Golden State Annex Detention Facility; and

/////

/////

/////

/////

4.     The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **May 21, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE